In the Matter of the Order Proceeding, Estate of EUGENE G. NIED, Deceased. FRANK L. NIED, as Administrator De Bonis Non, Appellant, v. UNION TRUST COMPANY OF ROCHESTER, as Committee, and Others, Respondents.— Decree affirmed, with costs. All concurred.

ELI F. DEAL, Appellant, v. WILLIAM MCARTHUR, Respondent.— Judgment, so far as appealed from, reversed, with costs, and the following words stricken from the judgment of the County Court: " but without costs to either party as against the other." Held, that the reversal by the County Court was not for an error of fact, within the meaning of subdivision 2 of section 3066 of the Code of Civil Procedure, and the appellant was entitled to costs in the County Court as a matter of right. All concurred.

GEORGE E. BAKER, Respondent, v. DANIEL BOOSING, Appellant.— Judgment affirmed, with costs. All concurred.

CHARLES N. HOOD, Appellant, v. THE STATE OF NEW YORK, Respondent. — Appeal transferred to Appellate Division, Third Department, to · be there heard and determined upon stipulation of the parties, it appearing that plaintiff intended to appeal to the Third Department.

RUDOLPH BOJE, Respondent, v. GUSTAVE A. HITZEL, Appellant.— Motion granted and appeal dismissed, with costs.

FREDERICK G. EBELING, Appellant, v. FRANK N. KYSER and Another, Respondents.— Motion to dismiss appeal denied and case put over term.

EDITH L. RUSSELL, Appellant, v. GENEROSO DI FURIA and Others, Respondents.— Motion granted and appeal dismissed, with costs.

In the Matter of Proving the Last Will and Testament and Codicil Thereto of HIRAM D. REYNOLDS, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

GEORGE A. ADAMS, Appellant, v. BLANCHARD B. WEBER and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

· THE CITY OF SYRACUSE, Respondent, v. CHARLES E. COONEY and Others, Appellants.— Motion granted, vacating order entered March fifth, and case put over term, without costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD BOECK, Appellant, v. THE WESTERN NEW YORK WATER COMPANY, Respondent.— Appeal dismissed with twenty-five dollars costs to appellant, upon the ground that the question sought to be reviewed has become academic by reason of relator's removal from the premises in question.

CHARLES GORNBEIN, Respondent, v. THE BOSTON INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Merrell, J., who dissented.

CHARLES A. WHITE, as Administrator, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.